**Order entered January 6, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01068-CV

**SALVADOR ESPARZA DEL POLO, Appellant**

**V.**

**DAVID JOSE VALENZUELA JURADO, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07612**

## ORDER

Before the Court is the January 4, 2023 second request of Vielica Dobbins for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 13, 2023**. We caution Ms. Dobbins that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE